UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SAMUEL D. CASTEEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-CV-8 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On October 7, 2011, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 23). Neither party objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 23). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees under 28 U.S.C. § 2412(d) (Court File No. 21), and **AWARDS** attorney's fees and expenses to Plaintiff in the amount of $5,409.60 and costs in the amount of $350.00, for a total award of $5,759.60.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**