UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SAMUEL D. CASTEEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:11-cv-8 |
| v. | ) |
| | ) Collier/Carter |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff Samuel D. Casteel's ("Plaintiff") motion for attorney's fees under 42 U.S.C. § 406(b) (Court File No. 25), to which the Social Security Commissioner ("Defendant") responded and did not object (Court File No. 26). On August 7, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 28), in which he recommended Plaintiff's motion for attorney's fees be granted and Plaintiff be awarded a fee in the sum of $15,036.09 subject to reimbursement to the plaintiff of the previous Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney's fee award of $5,409.60. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with, and hereby **ACCEPTS** and **ADOPTS**, the R&R (Court File No. 28). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 25) and **AWARDS** Plaintiff $15,036.09 in attorney's fees subject to reimbursement to the plaintiff of the previous Equal Access to Justice Act attorney's fee award of $5,409.60.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**